# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-7082**

**September Term, 2024**

**1:24-cv-00166-UNA**

**Filed On:** October 15, 2024

Derrick Allen,

      Appellant

    v.

Guilford Technical Community College,

      Appellee


**ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**BEFORE:**    Millett, Pillard, and Pan, Circuit Judges

## J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order dated April 23, 2024, be affirmed. The district court properly dismissed the case without prejudice on the ground that the complaint failed to allege facts sufficient to establish the court's subject matter jurisdiction over the case. See Fed. R. Civ. P. 8(a)(1); Fed. R. Civ. P. 12(h)(3). Appellant relies on 28 U.S.C. § 1332 as the basis for jurisdiction. A "party seeking the exercise of diversity jurisdiction bears the burden of pleading the citizenship of each and every party to the action," Novak v. Cap. Mgmt. & Dev. Corp., 452 F.3d 902, 906 (D.C. Cir. 2006), and the district court correctly concluded that appellant failed to satisfy that burden. Furthermore, appellant has forfeited any challenge to the district court's determinations regarding federal question jurisdiction and venue by not addressing those determinations in his brief. See United States ex rel. Totten v. Bombardier Corp., 380 F.3d 488, 497 (D.C. Cir. 2004).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution

**No. 24-7082**                                    **September Term, 2024**

of any timely petition for rehearing or petition for rehearing en banc.  See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
Daniel J. Reidy
Deputy Clerk